1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2771

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )   CR. S-04-179 FCD
11                               )
                    Plaintiff,   )   JOINT STIPULATION TO CONTINUE
12                               )   INITIAL APPEARANCE ON THE TERM
         v.                      )   OF SUPERVISION VIOLATION;
13                               )   ORDER
    CESAR PRADO,                 )
14                               )   **MODIFIED**
                    Defendant.   )   Date: August 14, 2006
15                               )   Time; 9:30 a.m.
                                 )   Ctrm: Hon. Frank C. Damrell Jr.
16

17       Comes now the United States of America, by and through its
18  counsel of record, McGregor W. Scott, United States Attorney for the
19  Eastern District of California, and Kymberly A. Smith, Assistant
20  United States Attorney for said district, as well as the defendant,
21  represented by Dina Santos, Esq., respectively request that this Court
22  reschedule the initial appearance on the Probation Violation from
23  July 31, 2006 at 9:30 a.m. to August 14, 2006 at 9:30 a.m.
24       Counsel for Plaintiff will be out of the office the week of July 31
25  through August 4, 2006.  Based on the foregoing and by this stipulation,
26  ///
27  ///
28  ///

1

the parties jointly request that the Court continue the initial appearance as stated above.

IT IS SO STIPULATED.

Date: July 20, 2006          /s/ Kymberly A. Smith
                             Kymberly A. Smith
                             Assistant United States Attorney
                             Attorney for Plaintiff
                             United States of America

Date: July 20, 2006          /s/Kymberly A. Smith for Dina L. Santos
                             Dina L. Santos
                             Attorney for Defendant, Cesar Prado

**ORDER**

The parties' stipulation regarding the re-scheduling of the initial appearance on the probation violation is accepted by the Court. The current initial appearance date of July 31, 2006 at 9:30 a.m. be and the same hereby is, VACATED. The initial appearance is now scheduled for August 14, 2006, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 20,2006

                             /s/ Frank C. Damrell Jr.
                             HONORABLE JUDGE FRANK C. DAMRELL JR.

2