UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

---

# INTEROFFICE MEMORANDUM

---

**TO:**  Maureen Price, Courtroom Clerk
of the Honorable Frank C. Damrell, Jr.

**FROM:**  George A. Vidales
United States Probation Officer

**DATE**:  September 1, 2006

**SUBJECT:**  **Cesar PRADO**
**Docket Number:   2:04CR00179-01**
**REQUEST FOR CONTINUANCE**

---

This is to advise that we are requesting this matter be continued on Your Honor's calendar from September 5, 2006, to September 11, 2006, at 9:30 a.m. for sentencing.


**Reviewed by:**     /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

GAV/cj
cc:   Kymberly A. Smith, Assistant United States Attorney
Dina Santos, Defense Counsel


  X   **Approved**        /s/ Frank C. Damrell Jr.                September 1, 2006
            **FRANK C. DAMRELL, JR.**               **Date**
            **United States District Judge**

_____  **Disapproved**

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD