UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                      RE:    Cesar PRADO
                              Docket Number: 2:04CR00179-01
                              <u>REQUEST FOR COURT DATE</u>

Your Honor:

On August 8, 2007, a Petition was filed and a warrant was issued charging a violation of supervised release based on New Law Violations. The offender was in state custody. On August 31, 2007, the Court filed an Order recalling the warrant, holding the petition in abeyance, and altering the terms of the releasee's supervised release. On October 15, 2007, the Court ordered the arrest warrant issued on August 8, 2007, be re-issued; however, the order was never filed and the warrant never re-issued. Mr. Prado was sentenced to State Prison for 2 years and was released on July 8, 2008. The federal warrant was not in place, so we were not notified of his release. This information recently became known to our office. In light of the fact that he is currently, satisfactorily complying with State Parole conditions, he is not seen as a danger to the community or a flight risk at this time. Therefore, it is recommended that the matter be calendared for December 15, 2008, at 10:00 a.m. and the probation officer will notify the offender and his counsel of the court date.

                              Respectfully submitted,

                              /s/ Deborah A. Spencer
                            **DEBORAH A. SPENCER**
           **Supervising United States Probation Officer**
                                (916) 683-3322

**RE:   Cesar PRADO**
**Docket Number:  2:04CR00179-01**
**REQUEST FOR COURT DATE**

Dated:      December 8, 2008
            Elk Grove, California
            DAS/cj

cc:    Philip A. Ferrari
       Assistant United States Attorney

       Dina L. Santos
       Defense Counsel

AGREE: ____X_____          DISAGREE: _____

_____          December 9, 2008
**FRANK C. DAMRELL, JR.**                         **Date**
United States District Judge