DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Cesar Prado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>               )<br>          Plaintiff,    )<br>               )<br>     v.          )<br>               )<br>CESAR PRADO,         )<br>          Defendant.   )<br>               )<br>_____ )<br>               ) | No. CR.S-04-0179 FCD<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE<br><br>Date    February 2, 2009<br>Time:   10:00 a.m.<br>Judge:  Frank C. Damrell, Jr. |

  **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip Ferrari, Counsel for Plaintiff; Attorney Dina L. Santos, Counsel for Defendant Cesar Prado, and United States Probation Officer Deborah Spencer, that the TSR court date scheduled for January 12, 2009, be vacated and the matter be continued to this Court's criminal calendar on February 2, 2009, at 10:00 a.m. for further status.

  This continuance is a joint request in order to permit counsel to conduct investigation into whether Mr. Prado is still subject to a violation of his supervised release due to the possibility that the time of his supervision may have lapsed.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 2, 2009, date, and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: January 8, 2009        /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              Cesar Prado


Dated: January 8, 2009        /S/ Phillip Ferrari
                              PHILLIP FERRARI
                              Assistant United States Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 8, 2009        _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE